Mark T. McClenning, CA SBN 206177
Attorney at Law
602 13th Street NW
Mandan, North Dakota 58554
Telephone: (701) 214-5736
McClenningLaw@gmail.com

Adam Stevens CA SBN 262391
Attorney at Law
10808 1/2 Huston Street
North Hollywood, California 91601
Telephone: (310) 487-4902
adamstevens.law@gmail.com

Attorneys for Plaintiff Christopher Kingry

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Kingry, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Portfolio Recovery Associates, LLC,<br><br>Defendant. | Case No. CV 12-4090- FMO (CWx)<br><br>ORDER RE ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68] |

Based on the January 17, 2013 Federal Rule of Civil Procedure 68 Offer of Judgment from defendant PORTFOLIO RECOVERY ASSOCIATES, LLC ("defendant") served to plaintiff CHRISTOPHER KINGRY ("plaintiff") pursuant to rule 5(b)(2)(C) of the Federal Rules of Civil Procedure on January 17, 2013, and plaintiff's January 23, 2013 acceptance of said offer of judgment, the Court hereby orders that:

Judgment shall be taken in favor of plaintiff and against defendant in the amount of Two Thousand and Two Dollars ($2,002.00), plus reasonable attorneys' fees and costs in an amount agreed by counsel, or failing such agreement, in an amount to be determined by the Court by motion. In addition, defendant offers to waive any claim it may have to recover from plaintiff the balance owed on the account at issue in the above-captioned matter (hereinafter "the account"). Defendant will also delete the tradeline associated with the account from plaintiff's credit report.

DATED: January 25, 2013

/s/
Honorable Fernando M. Olguin
United States District Court Judge