# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER KINGRY, | ) | NO. CV 12-4090 FMO (CWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees and costs in the amount of Ten-Thousand, Nine-Hundred and Nine Dollars and fifty cents (**$10,909.50**) in attorney's fees and Three-Hundred and Seventy-Nine and ninety cents (**$379.90**) in costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(3).

Dated this 6th day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge